HOFFMAN EMPLOYMENT LAWYERS
Michael Hoffman, SBN 154481 (mhoffman@employment-lawyers.com)
Leonard Emma, SBN 224483 (lemma@employment-lawyers.com)
Stephen Noel Ilg, SBN 275599 (silg@employment-lawyers.com)
580 California St., Suite 1600
San Francisco, CA 94104
Tel (415) 362-1111
Fax (415) 362-1112

Attorneys for Plaintiffs
HAROLD VILLANUEVA *et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD VILLANUEVA, individually and on behalf of all other similarly situated and the general public,<br><br>    Plaintiffs,<br><br>    vs.<br><br>MORPHO DETECTION, INC., and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No. 3:13-cv-05390-HSG<br><br>**[PROPOSED] JUDGMENT** |

1  On notice duly given, this matter came before the Court on January 14, 2016 at
2  2:00 p.m. for a hearing on Representative Plaintiff's (1) Motion for Final Approval of Class
3  Action Settlement (Dkt. 71), (2) Motion for Attorneys' Fees and Costs (Dkt. 69), and (3) Motion
4  for Class Representative Enhancement Award (Dkt. 70). Hoffman Employment Lawyers
5  appeared on behalf of the Plaintiff class and Morgan, Lewis & Bockius LLP appeared on behalf
6  of Defendant Morpho Detection, Inc.
7  On March 18, 2016, the Court entered its Order Granting Plaintiff's (1) Motion for Final
8  Approval of Class Action Settlement, (2) Motion for Attorneys' Fees and Costs, and (3) Motion
9  for Class Representative Enhancement Award. (Dkt. 76)
10 Pursuant to the Court's Order (Dkt. 76) regarding settlement, enhancement award, and
11 attorney fees, the Court HEREBY ENTERS JUDGMENT on all claims asserted by Plaintiff in
12 his operative Complaint and dismisses said claims with prejudice, and with each party to bear its
13 own fees and costs with respect thereto except as provided by the foregoing Order.
14 As all claims have been adjudicated or settled, this case is fully and finally adjudicated
15 and FINAL JUDGMENT is hereby ENTERED.

Dated: March 22, 2016

The Honorable Haywood S. Gilliam
United States District Court Judge