**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera, Esq. (SBN 192390)
Kimberly R. Arnal, Esq. (SBN 200448)
Jason Y. Chao, Esq. (SBN 250735)
Rebecca E. Hunter, Esq. (SBN 271420)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
karnal@aguileragroup.com
jchao @aguileragroup.com
rhunter@aguileragroup.com

Attorneys for Plaintiffs, TRAVELERS PROPERTY CASUALTY COMPANY OF
AMERICA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA –SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation, <br><br> Plaintiffs, <br><br> v. <br><br> RANGER PIPELINE, INC., a California corporation; and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No. 3:16-cv-00815-HSG <br><br> **REQUEST TO EXTEND TIME OF THE COURT'S CONDITIONAL DISMISSAL AND ORDER** |

1    **TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF**
2    **RECORD:**

3        Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
4    ("Travelers") hereby submits this updated settlement report and request for an
5    extension of the Court's March 22, 2016, Conditional Order of Dismissal. [ECF No.
6    14.]

7        The Court had previously granted an extension of the March 22, 2016,
8    Conditional Order of Dismissal on June 1, 2016. [ECF No. 17.]

9        The parties have finalized the settlement agreement in this case. However, the
10   settlement is conditioned on defendant RANGER PIPELINE, INC. ("Ranger
11   Pipeline") obtaining a good faith settlement order in the underlying construction
12   defect case entitled The Regents of the University of California v. RMF Engineering,
13   Inc., et al., San Francisco Superior Court Case No. CGC-12-518341 (the "Underlying
14   Action"). Or, alternatively, settling the entirety of the Underlying Action.

15       Due to the conditional nature of the settlement agreement and Ranger
16   Pipeline's need to re-file its motion for a good faith settlement order or settle the
17   Underlying Action, Travelers requests that this Court continue to retain jurisdiction of
18   this case for another ninety (90) days or until Travelers files a dismissal with
19   prejudice prior to the ninety (90) day extension of the conditional dismissal.

20
21   Dated:  August 24, 2016          **THE AGUILERA LAW GROUP, APLC**

22                                          */s/ Rebecca E. Hunter*
23                                   _____
24                                   A. Eric Aguilera, Esq.
25                                   Kimberly R. Arnal, Esq.
                                     Jason Y. Chao, Esq.
26                                   Rebecca E. Hunter, Esq.
                                     Attorneys for Plaintiff TRAVELERS PROPERTY
27                                   CASUALTY COMPANY OF AMERICA
28

1

2

## <u>ORDER</u>

3       **IT IS HEREBY ORDERED** that the Court will continue to retain jurisdiction

4  of this case for an additional ninety (90) days from the date of this Order.

5

6

7  Date: August 30, 2016

Hon. Haywood S. Gilliam, Jr.

8                                           U.S. District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28