**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera, Esq. (SBN 192390)
Kimberly R. Arnal, Esq. (SBN 200448)
Jason Y. Chao, Esq. (SBN 250735)
Rebecca E. Hunter, Esq. (SBN 271420)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
karnal@aguileragroup.com
jchao @aguileragroup.com
rhunter@aguileragroup.com

Attorneys for Plaintiffs, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA –SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>           Plaintiffs,<br><br>     v.<br><br>RANGER PIPELINE, INC., a California corporation; and DOES 1 through 10 inclusive,<br><br>           Defendants. | Case No. 3:16-cv-00815-HSG<br><br>**REQUEST TO EXTEND TIME OF THE COURT'S CONDITIONAL DISMISSAL AND ORDER** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ("Travelers") hereby submits this updated settlement report and request for an extension of the Court's March 22, 2016, Conditional Order of Dismissal. [ECF No. 14.]

The Court had previously granted an extension of the March 22, 2016, Conditional Order of Dismissal on June 1, 2016. [ECF No. 17.]

Additionally, the Court had granted a second request for extension of the March 22, 2016, Conditional Order of Dismissal on August 30, 2016. [ECF No. 19.]

The parties have finalized the settlement agreement in this case. However, the settlement is conditioned on defendant RANGER PIPELINE, INC. ("Ranger Pipeline") obtaining a good faith settlement order in the underlying construction defect case entitled The Regents of the University of California v. RMF Engineering, Inc., et al., San Francisco Superior Court Case No. CGC-12-518341 (the "Underlying Action"). Additionally, payment is required pursuant to the settlement agreement.

On November 28, 2016, the parties obtained the required good faith settlement order in the Underlying Action. However, the required payment pursuant to the settlement agreement has not been fulfilled.

///
///
///
///
///
///
///
///
///

Due to the conditional nature of the settlement agreement and the required payment that needs to be made pursuant to the settlement, Travelers requests that this Court continue to retain jurisdiction of this case for another sixty (60) days or until Travelers files a dismissal with prejudice prior to the sixty (60) day extension of the conditional dismissal.

Dated:  November 28, 2016     **THE AGUILERA LAW GROUP, APLC**

*/s/ Rebecca E. Hunter*

A. Eric Aguilera, Esq.
Kimberly R. Arnal, Esq.
Jason Y. Chao, Esq.
Rebecca E. Hunter, Esq.
Attorneys for Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

## **ORDER**

**IT IS HEREBY ORDERED** that the request is **DENIED**. The Court sets a telephonic conference for December 6, 2016, at 3:00 p.m. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Date: <u>November 29, 2016</u>

*[signature]*
Hon. Haywood S. Gilliam, Jr.
U.S. District Court Judge